**THE LAW OFFICE OF ROBERT L. STARR**
Robert L. Starr, State Bar No. 183052
robert@starrlaw.com
23901 Calabasas Road, Suite 2072
Calabasas, CA 91302

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGAN KUGLER,<br><br>           Plaintiff,<br><br>          vs.<br><br>BMW OF NORTH AMERICA, LLC,<br>BMW FINANCIAL SERVICES,<br>LLC, and DOES 1 through 100,<br><br>          Defendants. | Case No.:  2:22-cv-00946-FLA-AGR<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT:

Please take notice that this case is now settled.

Date: May 25, 2023          LAW OFFICE OF ROBERT STARR

                           /s/ Adam Rose
                           Attorney for Plaintiff
                           Logan Kugler